# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. WADDELL, | Case No. 1:19-cv-00789-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| CONRAD V. MEYER, Acting Director, Army Board for Correction of Military Records, | **ORDER DIRECTING PLAINTIFF TO RE-SERVE DEFENDANT** |
| Defendant. | |

Plaintiff filed this case against Defendant on June 6, 2019. (Doc. 2.) The complaint is filed under 10 U.S.C. § 1552 requesting that the Secretary of the Army correct Plaintiff's military records. (*See id.* at 4.) The complaint alleges that Plaintiff is entitled to an award of the Army Air Medal and requests that Defendant issue him the award. (*See id.* at 5.)

The case is set for a scheduling conference on December 12, 2019. (Doc. 7.) Defendant has not yet appeared in the case. (*See* Docket.) On October 25, 2019, Plaintiff filed proof of service on Defendant. (Doc. 12.) The proof of service indicates that on September 26, 2019, service was attempted on "Conrad V. Meyer, Department of Army, Army Board for Correction of Military

Records," at 1901 South Bell Street, 2nd Floor, Arlington, VA 22202-450, but was unsuccessful because the address was incorrect. (Doc. 12.) In the "Remarks" section, the proof of service lists "Jacqueline L. Emanuel, Colonel, US Army, Chief, Litigation Division," and gives a date of October 2, 2019. (*Id.*) However, the address at which service was effected is not listed, there is no indication that the United States Attorney's Office for the Eastern District of California or the Attorney General of the United States were served by registered or certified mail, and there is no indication that Defendant was served by registered or certified mail, as required by Rule 4. *See* Fed. R. Civ. P. 4(i).

Thus, the Court will continue the scheduling conference as Defendant has not yet appeared in the case, and direct Plaintiff to re-serve Defendant in accordance with Rule 4.[1]

Accordingly, IT IS ORDERED:

1. The scheduling conference currently set for December 12, 2019, is CONTINUED to March 31, 2020, at 9:45 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

2. Plaintiff SHALL re-serve Defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure and file proof of service by no later than February 3, 2020.

IT IS SO ORDERED.

Dated: **December 5, 2019**            /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Based on the nature of the allegations in the complaint, it appears Plaintiff is suing Defendant solely in his official capacity. However, to the extent Plaintiff is also suing Defendant in his individual capacity, he must also serve Defendant personally under Rule 4(e). *See* Fed. R. Civ. P. 4(e), (i)(3); *Hutchison v. United States*, 677 F.2d 1322, 1328 (9th Cir. 1982).