PHILLIP A. TALBERT
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:   (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. WADDELL,<br><br>                    Plaintiff,<br><br>v.<br><br>DENNIS DINGLE, Director, Army Board for Correction of Military Records,<br><br>                    Defendant. | CASE NO.  1:19-CV-00789-JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 62)** |

Plaintiff has advised counsel for the Defendant that he requires a roughly 60-day extension of the dates set forth in the Court's January 13, 2023 scheduling order (Docket No. 61) for reasons that he cannot disclose but are of the utmost importance.  Counsel for the Defendant has no objection.  Accordingly, the parties apologize for the inconvenience to the Court and request the following new schedule:

(1) Defendant shall file the certified administrative record by April 7, 2023.

(2) Non-Dispositive pretrial motions shall be filed by May 5, 2023, and be heard on or before June 7, 2023.

(3) Plaintiff's motion for summary judgment shall be filed by June 9, 2023.

1

(4) Defendant shall file an opposition and cross-motion for summary judgment by July 7, 2023.

(5) Plaintiff shall file a reply and opposition to Defendant's cross-motion by August 4, 2023.

(6) Defendants shall file a reply by August 25, 2023.

(7) The parties' cross-motions shall be heard no later than September 29, 2023.

Respectfully submitted,

Dated:  February 1, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney

Dated:  February 1, 2023

*/s/ Wayne Waddell*
WAYNE WADDELL
Pro Se

**ORDER**

Good cause appearing (*see* Fed. R. Civ. P. 16(b)(4)), the parties' foregoing stipulation to extend dates (Doc. 62) is GRANTED.  The deadlines provided in the Scheduling Order (Doc. 61) are hereby MODIFIED as set forth in the stipulation.

IT IS SO ORDERED.

Dated:  **February 2, 2023**              */s/ Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE