PHILLIP A. TALBERT
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
edward.olsen@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. WADDELL,<br><br>                    Plaintiff,<br><br>v.<br><br>DENNIS DINGLE, Director, Army Board for Correction of Military Records,<br><br>                    Defendant. | CASE NO. 1:19-CV-00789-JLT-SKO<br><br>**STIPULATION AND ORDER**<br><br>**(Doc. 69)** |

Plaintiff Wayne Waddell and Defendant Dennis Dingle hereby stipulate as follows:

The Army Board for Correction of Military Records ("ABCMR") will reconsider Mr. Waddell's application for correction of military records to reflect the award of the Air Medal. The parties further stipulate that:

1. In support of his application, Mr. Waddell has provided a copy of his Enlisted Qualification Record showing that he was deployed to the U.S. Army Pacific, Republic of Vietnam from 16 January 1970 through 28 October 1970. He further provided a copy medical records showing that he was qualified to perform the duties of aerial gunner on 18 March 1970, a copy of a pay statement showing that he began to receive flight pay effective 18 March 1970, and a copy of orders showing that he was officially placed in flight status on 8 April 1970.

2. In support of his application, Mr. Waddell provided a letter from a non-commissioned officer in Mr. Waddell's unit, Mr. Ronald Richardson, who explained that he was responsible for

1

    submitting recommendations for awards and decorations for the unit. Mr. Richardson explained that, based on the helicopters' maintenance schedules, the unit's helicopters were available for flight from between 20-23 days a month, with an average flight time of 6-8 hours.  Mr. Richardson explained that if Mr. Waddell had not been available for at least half of the available flight days, he would have been replaced. Therefore, taking the lowest possible estimate of 10 days per month at 6 hours per flight, Mr. Waddell would have had at least 360 flight hours over a six-month period. That said, Mr. Richardson estimated that Mr. Waddell flew at least 400 hours, stating that "Wayne Waddell performed all assigned duties including flying enough hours for an Air Medal."

3. In support of his application, Mr. Waddell also provided the Flight Record from Mr. James Reed, who confirmed that Mr. Waddell flew with Mr. Reed during the two months covered by the flight record.  Mr. Reed stated: "We logged less than 100 hours, about 98 hours is about it."

4. In support of his application, Mr. Waddell has provided a notarized copy of a letter from his former commander, Mr. Marc Johnston. Mr. Johnston confirmed that Mr. Waddell served as a door gunner. Mr. Johnston estimated that he had 50 to 100 hours of flight time with Mr. Waddell, that he was one of nine pilots, and that Mr. Waddell was also assigned to flight duty with the other pilots. Given Mr. Waddell's minimum of six month's on flight status as a door gunner, and taking the conservative side of Mr. Johnston's estimated hours of flight time (50 flight hours per pilot), Mr. Waddell's company commander's letter indicates that Mr. Waddell had at least 300 flight hours.

5. In addition to Mr. Johnston's estimate of Mr. Waddell's flight hours, Mr. Johnston confirmed that Mr. Waddell "served faithfully," that he "went where he was sent and did what he was told," and that "[t]he awardance [sic] of Wayne's Air Medal is both merited and long overdue."

    The parties respectfully ask the Court to stay this action (including the briefing schedule on cross-motions for summary judgment) pending the ABCMR's order on reconsideration.  The parties will promptly notify the Court when the ABCMR has reached a decision.  If the ABCMR grants Plaintiff's application for an Air Medal, this action can be dismissed as moot.

//

//

//

//

//

Case 1:19-cv-00789-JLT-SKO   Document 71   Filed 06/06/23   Page 3 of 3

Respectfully submitted,

Dated: May 31, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney

Dated: May 31, 2023

_____
WAYNE WADDELL
Plaintiff

**ORDER**

Pursuant to the foregoing stipulation of the parties (Doc. 69), and for good cause shown, this case is STAYED pending the Army Board for Correction of Military Records' reconsideration of Plaintiff's application for correction of military records to reflect the award of the Air Medal.

The parties SHALL file a joint report every sixty (60) days as to the status of the reconsideration process, or fourteen (14) days after the completion of the process, whichever is sooner.

IT IS SO ORDERED.

Dated:   **June 6, 2023**              */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

3