UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. WADDELL,<br><br>    Plaintiff,<br><br>  v.<br><br>CONRAD V. MEYER,<br><br>    Defendant. | No.  1:19-cv-00789-JLT-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 75) |

On October 2, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 75.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 3, 2023**       /s/ *Sheila K. Oberto*   
                      UNITED STATES MAGISTRATE JUDGE

.